■ JOHN L. WALLGREN, Respondent, v. SAMUEL SUCATO, Appellant.— In an assault action to recover damages for personal injuries alleged to have occurred in 1951, the defendant appeals from an order of the Supreme Court, Westchester County, dated February 17, 1961, and entered in Dutchess County on February 20, 1961, where the action is pending, denying his motion to dismiss the complaint for lack of diligent prosecution on the principal ground that plaintiff had failed to file a note of issue and statement of readiness. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ HAROLD WOLCHCNOK et al., Respondents, v. CRESTON SPRING CORP. et al., Appellants.— In an action by a veteran and his wife against defendants, to recover treble damages provided by section 694c-1 of title 38 of the United States Code, now section 1822 (1st cause of action) on the ground that defendants charged and received from them a consideration in excess of the reasonable value of the property; and to recover damages for breach of contract (2d cause of action), the defendants appeal from an order of the County Court, Nassau County, dated February 8, 1961, denying their motion to dismiss the said first cause of action on the ground that the State courts do not have jurisdiction of its subject matter (Rules Civ. Prac., rule 107, subd. 1). Order affirmed, with $10 costs and disbursements. The first cause of action is not for the recovery of a penalty, but one for damages (Di Bitetto v. Sussman, 279 App. Div. 1033). The State courts have jurisdiction concurrently with the Federal courts over such a cause of action (Brownworth v. Elade Realty Corp., 276 App. Div. 964, affd. 302 N. Y. 797). Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Estate of JACOB GREENFIELD, Deceased. ABRAHAM GREENFIELD, as Executor of JACOB GREENFIELD, Deceased, et al., Appellants; ISIDORE GREENFIELD et al., as Executors of JACOB GREENFIELD, Deceased, Respondents.— Motion referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur. Motion by respondent Charles Greenfield for reargument of motion for reargument, which he also characterizes as a motion for resettlement, denied, with $10 costs to appellant Abraham Greenfield payable by said respondent. The in terrorem clause in the will is wholly without application to a will construction proceeding, such as this one, which involves the meaning and legal effect of the will as advanced by appellant Abraham Greenfield. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.